■ FRANK LaLOGGIA, Appellant, v DOCUMENT SECURITY SYSTEMS, INC., Respondent. [845 NYS2d 210]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered December 12, 2006. The order directed the parties to share the cost of an accounting.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Smith, Centra and Fahey, JJ.